UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08530
   EFRAIN ESCAMILLA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-7215


----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/18/06 and confirmed on 10/03/06.

   2.   The case was dismissed after confirmation, 03/07/2008.

   3.   The Debtor paid a total of $  10100.00 .

   4.   The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 14137.58 | .00 | 4700.15 |
| OVERLAND BOND | SECURED | 3300.00 | 251.24 | 1976.88 |
| PRAIRIE TRAIL CREDIT UNI | SECURED | 4764.87 | .00 | 1429.38 |
| CB USA INC | UNSECURED | 3317.88 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 513.20 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1100.67 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 224.61 | .00 | .00 |
| PRAIRIE TRAIL CREDIT UNI | UNSECURED | 18822.95 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |

               Summary of disbursements:
----------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22202.45 | .00 | 23979.31 | .00 | 46181.76 |
| PRINCIPAL PAID | 8106.41 | .00 | .00 | .00 | 8106.41 |
| INTEREST PAID | 251.24 | .00 | .00 | .00 | 251.24 |
| TOTAL PAID | 8357.65 | .00 | .00 | .00 | 8357.65 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $  3000.00
and was paid $   1666.00  direct and $   1334.00  through the plan.

The Trustee received $     408.35 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 06/23/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                                 PAGE   2
         CASE NO. 06 B 08530 EFRAIN ESCAMILLA